IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ONE BANK & TRUST, N.A.**                                                                                    **PLAINTIFF**

**V.**                                               **No.4:12CV00070 JMM**

**LONNIE EARL FAULKNER**                                                                 **DEFENDANT**

**ORDER**

Pursuant to the Joint Stipulation of Dismissal filed on April 30, 2012, this case is hereby dismissed with prejudice.  All motions are denied as moot.  The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of May, 2012.


James M. Moody
United States District Judge